UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene F.,[1]

Plaintiff,

v.

Michelle King, *Acting Commissioner of Social Security*,

Defendant.

Civ. No. 24-329 (JWB/DTS)

ORDER ACCEPTING
REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on January 22, 2025. (Doc. No. 25.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 22, 2025 Report and Recommendation (Doc. No. 25) is **ACCEPTED**;

2. Plaintiff's request to remand the Commissioner's decision (Doc. No. 18) is **GRANTED**;

3. Defendant's request to affirm the Commissioner's decision (Doc. No. 23) is

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

**DENIED**; and

4. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the R&R.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 18, 2025                  *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Judge